**FILED**

AUG 1 2024

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

July 23, 2024

Flagship Credit Acceptance

ATTN: Bankruptcy Dept

P.O. Box 965

Chadds Ford, PA 19317

*Alyssa Nicole McCain*

Subject: Notice of Rescission, BK Case No: 3:2024bk31768

This letter is to notify you that I wish to cancel the transaction between myself and Flagship Credit Acceptance, and hereby invoke my right to recession on the reaffirmation agreement filed with the Northern Texas Bankruptcy Court on July 15, 2024.

This notice is being mailed to you on July 23, 2024, which falls within the 60-day right of rescission period provided for under United States Federal Law.

I am requesting that the payment made on July 6th, in the amount of $403.50 be returned. Thank you in advance for your collaboration.

Yours sincerely,

Alyssa Nicole McCain

8-1-24    8177660253

 Gmail Alyssa McCain <aggiemondays@gmail.com>

## Notice of Recission of Reaffirmation Case No. 3:2024bk31768
2 messages

**Alyssa McCain** <aggiemondays@gmail.com> Tue, Jul 23, 2024 at 11:29 AM
To: bankruptcy@flagshipcredit.com

Good day! My name is Alyssa McCain, and my account number is 63063134421211001.

This email and the attached letter serve as notification to Flagship that I am rescinding my agreement to the reaffirmation agreement filed with the Northern District of Texas Bankruptcy Court.

Please contact me via the information saved to my account for any further inquiries, or when the time comes for repossession of the car.

I very much appreciate your time and business, and wish Flagship the best in its future endeavors.

 scan_amccain_2024-07-23-11-24-19.pdf
261K

**Bankruptcy** <Bankruptcy@flagshipcredit.com> Tue, Jul 23, 2024 at 11:36 AM
To: Alyssa McCain <aggiemondays@gmail.com>

Received. Thank you so much, the account has been updated.

**Carmen Marroquin**

**Bankruptcy Department**

Flagship Credit Acceptance

P.O Box 3807

Coppell, Texas 75019

O: 888-727-8440 | F: 844-704-8271

www.flagshipcredit.com

From: Alyssa McCain <aggiemondays@gmail.com>
Sent: Tuesday, July 23, 2024 11:29 AM
To: Bankruptcy <Bankruptcy@flagshipcredit.com>
Subject: Notice of Recission of Reaffirmation Case No. 3:2024bk31768

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

The information transmitted via this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.

 Gmail                                                                                     Alyssa McCain <aggiemondays@gmail.com>

## Notice of Recission of Reaffirmation Case No. 3:2024bk31768
2 messages

**Alyssa McCain** <aggiemondays@gmail.com>                                                              Tue, Jul 23, 2024 at 11:29 AM
To: bankruptcy@flagshipcredit.com

Good day! My name is Alyssa McCain, and my account number is 63063134421211001.

This email and the attached letter serve as notification to Flagship that I am rescinding my agreement to the reaffirmation agreement filed with the Northern District of Texas Bankruptcy Court.

Please contact me via the information saved to my account for any further inquiries, or when the time comes for repossession of the car.

I very much appreciate your time and business, and wish Flagship the best in its future endeavors.

 **scan_amccain_2024-07-23-11-24-19.pdf**
261K

**Bankruptcy** <Bankruptcy@flagshipcredit.com>                                                          Tue, Jul 23, 2024 at 11:36 AM
To: Alyssa McCain <aggiemondays@gmail.com>

Received. Thank you so much, the account has been updated.

**Carmen Marroquin**

**Bankruptcy Department**

Flagship Credit Acceptance

P.O Box 3807

Coppell, Texas 75019

O: 888-727-8440 | F: 844-704-8271

www.flagshipcredit.com

**From:** Alyssa McCain <aggiemondays@gmail.com>
**Sent:** Tuesday, July 23, 2024 11:29 AM
**To:** Bankruptcy <Bankruptcy@flagshipcredit.com>
**Subject:** Notice of Recission of Reaffirmation Case No. 3:2024bk31768

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

The information transmitted via this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.